607 A.2d 1074

In re P.A.B.; M.E.B.; M.A.B.

Appeal of ADAMS COUNTY CHILDREN
AND YOUTH SERVICES.

Supreme Court of Pennsylvania.

Argued May 5, 1992.

Decided June 11, 1992.

Chester G. Schultz, Gettysburg, for appellants.

David K. James, III, Gettysburg, for Minor Children.

Ralph Oyler, Gettysburg, for G.B. & P.B.

Before NIX, C.J., and LARSEN, FLAHERTY,
McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., did not participate in the consideration or decision of this case.

McDERMOTT, J., dissents.